# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROSE CALI

VERSUS

HOSPITAL SERVICE DISTRICT
NO. 1 OF TANGIPAHOA PARISH
D/B/A NORTH OAKS MEDICAL
CENTER AND/OR NORTH OAKS
REHABILITATION HOSPITAL, LLC

NO.   2021 CW 0025

**APRIL 22, 2021**

---

In Re:   Hospital Service District No. 1 of Tangipahoa Parish d/b/a North Oaks Health System, et al., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2019-0001094.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.**   See action issued in 2020 CW 1084 (La. App. 1st Cir. 1/26/21).

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT